| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Wayne Ross Eddington**<br>First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx–xx–4723** |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Utah**<br>Case number:    **23–22554    PH** | | Date case filed for chapter **7:** | **6/19/23** |

## Official Form 309A (For Individuals or Joint Debtors)
## Amended Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Wayne Ross Eddington | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1227 East 830 South<br>Pleasant Grove, UT 84062 | |
| 4. | **Debtor's attorney**<br>Name and address | Dane L. Hines<br>Law Offices of Dane L Hines, LLC<br>43 East 200 North<br>Provo, UT 84606 | Contact phone 801–379–0300<br>Email: budgetbankruptcyutah@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Philip G. Jones tr<br>1215 South Main Street<br>Orem, UT 84058 | Contact phone (801) 358–7968<br>Email: trustee@theo7.com |

Debtor **Wayne Ross Eddington**                                                                                                        Case number **23–22554**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court District of Utah 350 South Main #301 Salt Lake City, UT 84101 Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday Contact phone: (801) 524–6687 Website: www.utb.uscourts.gov |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. All individual debtor(s) must provide picture identification and proof of social security number to the trustee. Failure to do so may result in your case being dismissed. | Meeting to be held on: **November 7, 2023 at 08:30 AM** Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363–3817, Enter Meeting ID 373 348 2031, and Passcode 7158741279** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 1/8/24 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re: Case No. 23-22554-PH
Wayne Ross Eddington Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 3
Date Rcvd: Aug 31, 2023 Form ID: 309A Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne Ross Eddington, 1227 East 830 South, Pleasant Grove, UT 84062-3148 |
| 12249654 | | Alco Capital Group, 225 S Executive Dr Ste 201, Brookfield, WI 53005-4257 |
| 12249656 | + | Avail Blue Loans, PO Box 12, Lac Du Flambeau, WI 54538-0012 |
| 12249659 | + | Constantino Law Office, P.C., 8537 South Redwood Road, Suite D, West Jordan, UT 84088-4806 |
| 12249662 | + | Desert Rock Capital, 1160 S. State St #240, Orem, UT 84097-8258 |
| 12249663 | | Duke Capital LLC, 225 S Executive Dr, Ste 201, Brookfield, WI 53005-4257 |
| 12249673 | | Intermountain Healthcare Patient, Financial Services, PO Box 30193, Salt Lake City, UT 84130-0193 |
| 12249679 | | Loyal Loans, 1355 W Rogers Blvd, Ste 2, Skiatook, OK 74070-4205 |
| 12249687 | + | PDQ Check Exchange LC, 1536 N Woodland Park Dr Ste 230, Layton, UT 84041-5750 |
| 12249689 | + | Rally Motor, Po Box 271686, Salt Lake City, UT 84127-1686 |
| 12249690 | + | Revere Health, 1055 North 500 West, Provo, UT 84604-3305 |
| 12249692 | + | Rodeo Auto, Capitol Corporate Services, 2005 East 2700 South, Ste 200, Salt Lake City, UT 84109-1766 |
| 12249691 | | Rodeo Auto, 8224 N Freeway, Houston, TX 77037-3608 |
| 12249701 | + | Victoria Finlinson, 201 S Main Street, Suite 2200, Salt Lake City, UT 84111-2268 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: budgetbankruptcyutah@gmail.com | Aug 31 2023 23:15:00 | Dane L. Hines, Law Offices of Dane L Hines, LLC, 43 East 200 North, Provo, UT 84606 |
| tr | + | EDI: QPGJONES | Sep 01 2023 03:05:00 | Philip G. Jones tr, 1215 South Main Street, Orem, UT 84058-6849 |
| 12249653 | | Email/Text: alcmlcbks@gmail.com | Aug 31 2023 23:16:00 | Aaron S. Bartholomew, PO Box 182, Provo, UT 84603-0182 |
| 12249655 | | Email/Text: collections@amucu.org | Aug 31 2023 23:15:00 | American United Federal Credit Union, 2687 West 7800 South, West Jordan, UT 84088 |
| 12249658 | + | Email/Text: workit@coastalbank.com | Aug 31 2023 23:16:00 | Coastal Community Bank, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 12249657 | + | Email/Text: workit@coastalbank.com | Aug 31 2023 23:16:00 | Coastal Community Bank, Attn: Bankruptcy, Po Box 12220, Everett, WA 98206-2220 |
| 12249660 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2023 23:33:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 12249661 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2023 23:33:29 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 12249664 | + | Email/Text: bankruptcy@expressrecovery.com | Aug 31 2023 23:16:00 | Edwin B. Parry, PO Box 25727, Salt Lake City, UT 84125-0727 |
| 12249666 | | Email/Text: bankruptcy@expressrecovery.com | Aug 31 2023 23:16:00 | Express Recovery Services, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 12249665 | + | Email/Text: bankruptcy@expressrecovery.com | Aug 31 2023 23:16:00 | Express Recovery Services, 2790 S Decker Lake Dr., Salt Lake City, UT 84119-2057 |

Case 23-22554  Doc 24  Filed 09/02/23  Entered 09/02/23 22:21:20  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 1088-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 31, 2023 | Form ID: 309A | Total Noticed: 52 |

| | | | | |
| --- | --- | --- | --- | --- |
| 12249667 | + | EDI: BLUESTEM | Sep 01 2023 03:05:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 12249668 | + | EDI: BLUESTEM | Sep 01 2023 03:05:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 12249670 | + | EDI: AMINFOFP.COM | Sep 01 2023 03:05:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 12249669 | + | EDI: AMINFOFP.COM | Sep 01 2023 03:05:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 12249672 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Aug 31 2023 23:15:00 | Intermountain Healthcare, Medical Grouop, PO Box 27128, Salt Lake City, UT 84127-0128 |
| 12249671 | | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Aug 31 2023 23:15:00 | Intermountain Healthcare, PO Box 35145, Seattle, WA 98124-5145 |
| 12249674 | | EDI: IRS.COM | Sep 01 2023 03:05:00 | Internal Revenue Service -P, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12249675 | + | Email/Text: bankruptcy@kikoff.com | Aug 31 2023 23:15:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 12249676 | + | Email/Text: bankruptcy@kikoff.com | Aug 31 2023 23:15:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 12249678 | + | Email/Text: bureauknight@yahoo.com | Aug 31 2023 23:15:00 | Knight Adjustment Bureau, 5525 S 900 E Ste 215, Salt Lake City, UT 84117-3500 |
| 12249677 | + | Email/Text: bureauknight@yahoo.com | Aug 31 2023 23:15:00 | Knight Adjustment Bureau, Attn: Bankruptcy, 5525 South 900 East Suite 215, Salt Lake City, UT 84117-3500 |
| 12249682 | | Email/Text: EBN@Mohela.com | Aug 31 2023 23:15:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 12249681 | | Email/Text: EBN@Mohela.com | Aug 31 2023 23:15:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 12249683 | + | Email/Text: m4u@mny4you.com | Aug 31 2023 23:16:00 | Money 4 You, 2630 West 3500 South, West Valley, UT 84119-3112 |
| 12249684 | + | Email/Text: wendy@mountainlandcollections.com | Aug 31 2023 23:16:00 | Mountain Land Collection, POB 1280, American Fork, UT 84003-6280 |
| 12249685 | | Email/Text: wendy@mountainlandcollections.com | Aug 31 2023 23:16:00 | Mountain Land Collections, PO Box 1280, American Fork, UT 84003-6280 |
| 12249686 | + | Email/Text: alcmlcbks@gmail.com | Aug 31 2023 23:16:00 | Mountain Loan Centers, PO Box 182, Provo, UT 84603-0182 |
| 12249688 | + | Email/Text: wendy@mountainlandcollections.com | Aug 31 2023 23:16:00 | Quinn M. Kofford, PO Box 1425, American Fork, UT 84003-6425 |
| 12249693 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Aug 31 2023 23:15:00 | Security Finance, Attn: Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 12249695 | + | Email/Text: ebn@recoupasset.com | Aug 31 2023 23:15:00 | Timberline Financial I, 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 12249696 | + | EDI: TCISOLUTIONS.COM | Sep 01 2023 03:05:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 12249697 | + | EDI: TCISOLUTIONS.COM | Sep 01 2023 03:05:00 | Total Visa/The Bank of Missouri, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 12249699 | + | Email/Text: EDBKNotices@ecmc.org | Aug 31 2023 23:15:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 12249698 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 31 2023 23:16:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 12249700 | + | EDI: UTAHTAXCOMM.COM | Sep 01 2023 03:05:00 | Utah State Tax Commission -P, Taxpayer Services Division Attn:M.Riggs, 210 N 1950 W, Salt Lake City, UT 84134-9000  55116-0408 |
| 12249702 | + | Email/Text: help@loansnotsharks.com | Aug 31 2023 23:16:00 | Wharthog Ventures LLC, 623 S Americana Blvd, Boise, ID 83702-6732 |
| 12249703 | + | Email/Text: bk@worldacceptance.com | Aug 31 2023 23:16:56 | World Finance Corporat, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12249694 |   | Serendipity Lending LLC, 533 26th Street Suite 207, RETURNED MAIL--99999 |
| 12249680 | * | Loyal Loans, 1355 W Rogers Blvd, Ste 2, Skiatook, OK 74070-4205 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

**Name** | **Email Address**

Dane L. Hines
on behalf of Debtor Wayne Ross Eddington budgetbankruptcyutah@gmail.com hinesdr68395@notify.bestcase.com

Philip G. Jones tr
trustee@theo7.com PJones2@ecf.axosfs.com

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 3